UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
FLORENCE DIVISION

| | |
|---|---|
| Latecia Stauch f/k/a Latecia Hardin Hunt, | Case No.: 4:16-cv-01228-RBH -TER |
| Plaintiff, | |
| vs. | **MOTION FOR WITHDRAWAL AS COUNSEL** |
| Horry County School District, | |
| Defendant. | |

The undersigned, Leigh P. Boan, hereby moves to be withdrawn as co-counsel for Defendant Horry County School District in the above captioned matter because she is leaving the employ of McNair Law Firm, P.A. to become Probate Judge for Georgetown County, South Carolina. James K. Gilliam and McNair Law Firm, P.A. will continue to represent Defendant Horry County School District in this matter.

A copy of this Notice is being served on counsel for Plaintiff.

MCNAIR LAW FIRM, P.A.

s/ *Leigh P. Boan*
Leigh P. Boan, Fed ID #7943
11019 Ocean Highway
Post Office Box 1469
Pawleys Island, South Carolina 29585
(843) 235-4100 – Telephone
(843) 235-4237 – Facsimile
lboan@mcnair.net

James K. Gilliam, Fed ID #10761
2411 N. Oak Street, Suite 206 (29577)
Post Office Box 336
Myrtle Beach, SC 29578-0336
(843) 444-1107 – Telephone
(843) 443-9137 – Facsimile
jgilliam@mcnair.net

Attorneys for Defendant School District

Pawleys Island, South Carolina
November 21, 2016