UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
FLORENCE DIVISION

| | |
|---|---|
| Latecia Stauch f/k/a Latecia Hardin Hunt,<br>    Plaintiff<br>v.<br><br>Horry County School District<br>                Defendant. | Case No.: 4:16-cv-01228-RBH-TER<br><br>**NOTICE OF PROTECTION** |

Pursuant to Local Rule 6.02, Joshua T. Howle, counsel for Plaintiff, Latecia Stauch f/k/a Latecia Hardin Hunt, respectfully requests protection from any hearings or other court proceedings during the following periods:

- **August 3, 2017 through August 7, 2017** - for the South Carolina Association for Justice Seminar in Hilton Head.
- **September 13, 2017 through September 15, 2017** – out of state for the Committee for a National Products Liability Seminar in Detroit Michigan.
- **November 16, 2017 through November 18, 2017** – out of state for the Injured Workers' Advocates Annual Convention in Amelia Island, Florida.
- **November 30, 2017 through December 1, 2017** – out of state for the Auto Torts Advance Trial Lawyers Seminar in Atlanta, Georgia.

The protection from court appearances is not being designated for purpose of delaying, hindering, or interfering with the timely disposition of any matter in any pending action or proceeding.

There is no action or proceeding in which the undersigned attorney has entered an appearance that has been scheduled, peremptorily set, or noticed for trial, hearing, deposition, or other proceeding during the requested protection period.

Respectfully submitted,

**WIGGER LAW FIRM, INC.**

s/Joshua T. Howle
Joshua T. Howle (Fed Id. 11759)
8086 Rivers Avenue, Suite A
North Charleston, SC 29406
Telephone:   (843) 553-9800
Attorney for the Plaintiff

North Charleston, South Carolina
March 29, 2017