# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF SOUTH CAROLINA
# FLORENCE DIVISION

| | |
|---|---|
| Latecia Stauch f/k/a Latecia Hardin Hunt, ) | Case No. 4:16-cv-01228-RBH-TER |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | STIPULATION OF DISMISSAL |
| ) | WITH PREJUDICE |
| Horry County School District, ) | |
| ) | |
| Defendant. ) | |
| ) | |

Pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, the above captioned Parties hereby stipulate and agree as follows:

1. Plaintiff hereby dismiss with prejudice all claims that were asserted in this lawsuit and all claims that could have been asserted in this lawsuit against Defendant, including any claims for attorney's fees and costs.

2. Plaintiff hereby forever end her claims against Defendant in this action, and the Parties herein incorporate by reference the terms of the Settlement Agreement & Release.

**WIGGER LAW FIRM, INC.**

  s/Joshua T. Howle
Joshua T. Howle, Fed ID #11759
8086 Rivers Avenue, Suite A
North Charleston, SC 29406
Ph: 843.553.9800
Fax: 843.553-1648
Email: jhowle@wiggerlawfirm.com
*Attorney for the Plaintiff*

October 30, 2017

**McNAIR LAW FIRM, P.A.**

  s/James K. Gilliam
James K. Gilliam, Fed ID #10761
2411 N. Oak Street, Suite 206 (29577)
Post Office Box 336
Myrtle Beach, SC 29578-0336
Ph: 843.444.1107
Fax: 843.443.9137
Email: jgilliam@mcnair.net
*Attorney for the Defendant*

October 30, 2017